*Abijah B. Curtis* v. *Horatio N. Curtis et al.* O. HASTINGS, for complainant; S. STEVENS, for defendants. Decree

appealed from reversed, and the bill dismissed as to defendant Granger, without prejudice and without costs.